UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID WALKER,

    Plaintiff,

v.                                            Case No. 3:20-cv-826-J-32PDB

ANN COFFIN, Florida Department
of Revenue Program Director and
JERRY L. DEMINGS, Mayor of
Orange County Florida,

    Defendants.

_____

## **O R D E R**

This case is before the Court on Plaintiff David Walker's Motion to Proceed In Forma Pauperis (Doc. 5). On September 15, 2020, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 6) recommending that the Court dismiss the case without prejudice and deny the motion as moot. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 6), it is hereby

**ORDERED:**

1.  The Report and Recommendation of the Magistrate Judge (Doc. 6) is **ADOPTED** as the opinion of the Court.

2.  This case is **DISMISSED without prejudice**.

3.  The Motion to Proceed in Forma Pauperis (Doc. 5) is **DENIED as moot**.

**DONE AND ORDERED** in Jacksonville, Florida the 26th day of October, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Mr. David Walker
6915 Hafford Lane
Jacksonville, FL 32244
Pro Se Plaintiff

2